

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00214-CV

Amin Q. **ALI** and Salma Ali,
Appellant

v.

Nizarshah **MOHAMMAD**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10486
Honorable Laura Salinas, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file reply brief is GRANTED. The appellant's reply brief is due on February 11, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court